NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERT MORGAN, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7048

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2403, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

Albert Morgan, Jr. moves for a 7-day extension of time, until January 11, 2011, to file his brief. Albert Morgan, Jr.'s brief having been timely filed on December 31, 2010,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JAN 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Albert Morgan, Jr.
Claudia Burke, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 1 2 2011**

**JAN HORBALY**
**CLERK**